Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:    480-483-3215
lcrown@tbl-law.com
elan@tbl-law.com

Attorneys for Defendant Joseph A. Patterson

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Pototsky,<br><br>                    Plaintiff,<br><br>vs.<br><br>U.S. Border Patrol, et al.,<br><br>                    Defendants. | Case No. CV-14-02418-TUC-DCB<br><br>**REPLY IN SUPPORT OF DEFENDANT PATTERSON'S MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to FRCP Rule 12(c), Defendant Joseph A. Patterson hereby replies to Plaintiff's response to Defendant Patterson's motion to dismiss (Doc. 43).  Defendant Patterson notes that on May 29, 2015 (Doc. 48), this Court ordered that Plaintiff may file a first amended complaint as to the federal defendants.  The Court ordered that Plaintiff cannot change the allegations and claims against Defendant Patterson.  Plaintiff's first amended complaint was due on June 19, 2015.  Plaintiff has since filed a motion to extend (Doc. 49) and the federal defendants have filed no opposition to this extension (Doc. 50).  Therefore, Defendant Patterson files this reply while the second round of pleadings is undertaken.

Defendant Patterson further notes that it did not receive a copy of Plaintiff's response from Plaintiff but obtained same from the electronic court file after reviewing the docket.

Defendant Patterson's reply is short. Plaintiff's response presents a litany of extraneous matters and personal opinions but does not respond to the legal position taken in Defendant's Motion for Judgment on the Pleadings. Defendant moved for judgment on the pleadings pursuant to Rule 12(c). Defendant has asserted that Plaintiff failed to state a cognizable legal theory under the First Amendment. Plaintiff's allegations against Patterson are contained in two paragraphs of the Complaint (Doc. 1 at ¶¶ 27 and 32). All the arguments presented by Defendant Patterson in his Motion are incorporated herein by reference.

Plaintiff's response does not address Defendant's Motion and the legal position taken regarding Plaintiff's failure to state a cognizable claim. Instead, Plaintiff has simply made statements that have no foundation and are completely outside the Complaint. Plaintiff has also presented extraneous matters in the form of Arizona peace officers standards and training curriculum. Likewise, Plaintiff attached a Statement of Peter Pototsky that is also meaningless and irrelevant to the matters to be decided under the pending Motion.

In short, Plaintiff's response is really a non-response to Defendant's Motion. Defendant's Motion stands uncontradicted. Since ¶¶ 27 and 32 do not present sufficient factual allegations to present a cognizable claim, Defendant's Motion should be granted. For the reasons set forth in Defendant's original motion and again in this reply, Defendant respectfully requests that this Court grant judgment in favor of Defendant Patterson.

RESPECTFULLY SUBMITED this 9th day of July, 2015.

**TITUS BRUECKNER & LEVINE PLC**

By: s/Larry J. Crown
    Larry J. Crown
    Elan S. Mizrahi
    8355 E. Hartford Drive, Suite 200
    Scottsdale, AZ  85255
    Attorneys for Defendant Joseph A. Patterson

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, I electronically transmitted the Reply in Support of Defendant Patterson's Motion for Judgment on the Pleadings on Plaintiff's First Amended Complaint to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Michael A. Ambri
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, AZ  85701
Attorneys for Federal Defendants

I further certify that on July 9, 2015, I mailed a copy of the foregoing document to:

Peter Pototsky
HC 1 Box 56
Elgin, AZ  85611

s/T. Kido
8962-17